```
UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| EDDIE WAYNE CARMICHAEL,  <br>      Petitioner,  <br>      vs.  <br>  D.L. RUNNELS, WARDEN, et al  <br>      Respondents | Case No. CIV S 06-0283 LKK GGH  <br>ORDER GRANTING REQUEST FOR  <br>EXTENSION OF TIME TO FILE  <br>REQUEST FOR DISMISSAL OF  <br>PETITION  <br>[LOCAL RULE 6-142, SUB.(C)] |

Pursuant to this Ex Parte Motion for an Extension of Time to File an Amended Petition by petitioner in the above named case, and for the good cause shown herein, IT IS HEREBY ORDERED that petitioner's request for the dismissal of his petition will be due on August 19, 2006.

Dated: 8/9/06                    /s/ Gregory G. Hollows

                                 _____
                                 GREGORY G. HOLLOWS
                                 United States Magistrate Judge

carm0283.po3