IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDDIE WAYNE CARMICHAEL

       Petitioner,                  No. CIV S-06-0283 LKK GGH P

   vs.

DAVID L. RUNNELS, Warden,

       Respondent.               <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding with appointed counsel, on a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, has requested that this action be dismissed. Petitioner's counsel has included the request of petitioner himself as part of the dismissal motion and respondent has consented to the motion as well. Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

        Accordingly, the Clerk of Court shall close this case.

DATED: 8/16/06

                              /s/ Gregory G. Hollows

                              UNITED STATES MAGISTRATE JUDGE

GGH:009
carm0283.59ggh